# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| LAWRENCEBURG UTILITY SYSTEMS, | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## COMPLAINT

The Plaintiff, Tennessee Riverkeeper, states as follows:

### NATURE OF THE CASE

1. This is a citizen's suit, brought pursuant to the provisions of Section 505(a)(1) of the Federal Water Pollution Control Act, also known as the Clean Water Act (hereinafter "CWA"), as amended, 33 U.S.C. § 1365(a)(1), to address violations of the CWA by Defendant, Lawrenceburg Utility Systems ("Lawrenceburg"), arising out of illegal discharges of pollutants from its sewage treatment plant located at Lawrenceburg, Lawrence County, Tennessee.

2. Defendant Lawrenceburg is in violation of sections 301 and 402 of the CWA (33 U.S.C. §§1311 and 1342) and sections 122.1, *et sec.,* of Title 40 of the Code of Federal Regulations. These laws require that no facility shall discharge pollutants to waters of the United States or waters of the state except as authorized by a permit issued pursuant to the National Pollutant Discharge Elimination System ("NPDES").

1

3. Lawrenceburg is violating provisions of its NPDES permit by operating its sewage treatment plant in a manner that discharges pollutants to the waters of the United States and waters of the state due to its failure to operate its collection system so as to avoid overflows. Riverkeeper seeks a declaratory judgment, injunctive relief, the imposition of civil penalties, and the award of litigation costs, including attorney and expert witness fees, for Defendant Lawrenceburg's repeated and ongoing violations of the CWA.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the CWA claims set forth in this Complaint by virtue of Section 505(a)(1) of the Federal Water Pollution Control Act, also known as the Clean Water Act, 33 U.S.C. § 1365(a)(1). Subject matter jurisdiction is also proper pursuant to 28 U.S.C. § 1331 (Federal question).

5. Venue is appropriate in the Columbia Division, Middle District of Tennessee pursuant to 33 U.S.C. § 1365(c)(1) and because the acts, omissions, and/or violations complained of herein occurred, and continue to occur, within Lawrence County of the Middle District of Tennessee.

## NOTICE

6. Tennessee Riverkeeper ("Riverkeeper") has complied with the pre-suit notice provisions of the CWA. Pursuant to 33 U.S.C. § 1365(b)(1)(A), 40 C.F.R. Part 135, Riverkeeper, on June 10, 2020, gave Defendant Lawrenceburg notice of the violations alleged herein and its intent to sue after the expiration of sixty (60) days ("June Notice"). At the same time, Riverkeeper mailed a copy of the June Notice to the Administrator of the Environmental Protection Agency ("EPA"), the Regional Administrator of Region IV of the EPA, and the Commissioner of the Tennessee Department of Environment and Conservation ("TDEC"). Service of notice on Defendant was by

certified mail. More than 60 days have passed since the June Notice was served on Defendant and these agencies. The June Notice is attached hereto as Exhibit 1 and incorporated by reference herein.

7. Since Riverkeeper gave notice, the violations complained of have not ceased, and are ongoing. Neither the EPA nor the State of Tennessee has commenced and diligently prosecuted a civil or criminal enforcement action in a court of the United States or a state for the violations. Furthermore, prior to the June Notice, neither the EPA nor the State of Tennessee commenced and diligently prosecuted an administrative action under 33 U.S.C. §1319(g), or under a comparable Tennessee law, for the violations alleged herein.

8. Neither the EPA nor the state has issued a final order not subject to further judicial review and the Defendant has not paid a penalty assessed under 33 U.S.C. §1319(g), or under a comparable Tennessee law, for the violations.

9. Riverkeeper will mail, contemporaneously with the filing hereof, a copy of this Complaint to the Administrator of the EPA, the Regional Administrator of EPA Region 4, the Region in which the violations are alleged to have occurred, and the Attorney General of the United States.

**PARTIES**

10. Riverkeeper is a non-profit corporation formed in the State of Alabama and granted authority to operate in Tennessee by the Division of Business Services, State of Tennessee, as a nonprofit foreign corporation. Riverkeeper has approximately 3000 members, and is dedicated to the preservation, protection, and defense of the Tennessee and Cumberland Rivers and their tributaries. Riverkeeper actively supports effective enforcement and implementation of environmental laws, including the CWA, on behalf of and for the benefit of its members.

11. Members of Tennessee Riverkeeper have recreated in, on or near, or otherwise used and enjoyed, or attempted to use and enjoy, the Tennessee River (and its tributaries) in the past, and they intend to do so in the future. They have a direct and beneficial interest in the continued protection, preservation, and enhancement of the environmental, aesthetic, and recreational values in the Tennessee River and its tributaries. The quality of these waters directly affects the recreational, aesthetic, and environmental interests of certain members of Tennessee Riverkeeper. The recreational, aesthetic, and environmental interests of certain of Tennessee Riverkeeper's members have been, are being, and will be adversely affected by the Defendant's continued violation of the NPDES permit requirements, Tennessee NPDES rules, and the CWA as alleged in this complaint.

12. Defendant's illegal discharges enter the Shoal Creek, a tributary of the Tennessee River. Members of Tennessee Riverkeeper now recreate less on Shoal Creek because of the Defendant's illegal discharges. The violations alleged herein have had a detrimental impact on those members' interests because the violations have adversely affected and/or diminished aquatic life and water quality in Shoal Creek and have made Shoal Creek less suitable for fishing, boating, wading, walking, observing nature, or relaxing. Said members would recreate more in and around Shoal Creek but for Defendant's illegal discharges of pollution. Riverkeeper's members will recreate more often in or near Shoal Creek once the Defendant's illegal discharges cease.

13. The Declaration of Neal Marshall Nichols, III is attached hereto as Exhibit 2 and incorporated by reference herein. Mr. Nichols is a member of Tennessee Riverkeeper who enjoys camping and hiking in the Tennessee River watershed. Mr. Nichols is a former resident of Lawrenceburg, Tennessee and he returns there to use Davy Crockett State Park and Veterans Park

with his children. He has a camper and frequently uses it. He is knowledgeable about sewage overflows into Shoal Creek from his personal observations. Since he knows about sewage in the creek he will not swim or fish there and prevents his children from doing so. He plans to use these parks along Shoal Creek in the future for camping and hiking and would be much more likely to do so, and to enjoy it more, if he knew the water was clean. He and his children would like to swim in Shoal Creek if it was clean.

14. Riverkeeper is a "citizen" within the meaning of 33 U.S.C. §§ 1365(g) and 1365(a), with standing to bring this action.

15. Defendant, Lawrenceburg, is a Tennessee municipal corporation, within the Middle District of Tennessee, with principal offices in Lawrenceburg, Lawrence County, Tennessee. Lawrenceburg Utility Systems is the owner and operator of a waste water treatment system which consists of approximately 200 miles of gravity sewer, 8 pumping stations and a treatment facility with capacity of 4.5 million gallons a day.

16. Defendant Lawrenceburg Utility Systems is a "person" within the meaning of 33 U.S.C. §§1362(5) and 1365(a)(1).

## STATUTORY BACKGROUND

17. Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants from a point source into waters of the United States unless the discharge is in compliance with various enumerated sections of the CWA. Among other things, Section 301(a) prohibits such discharges not authorized by, or in violation of the terms of, a National Pollutant Discharge Elimination System permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

18. The State of Tennessee has been delegated the authority to implement the permitting programs of the Act by the EPA, including the NPDES permit program, pursuant to 33 U.S.C. § 1342(b). TDEC is the water pollution control agency for purposes of the Act, and has drafted regulations pursuant to that authority implementing the Act's permitting programs within the State of Tennessee.

19. A citizen suit, pursuant to 33 U.S.C. § 1365(a)(1), may be brought for violations of the terms and conditions of NPDES permits. 33 U.S.C. § 1365(f).

## GENERAL ALLEGATIONS

20. This is an action for declaratory judgment, injunctive relief, civil penalties, and litigation costs, including reasonable attorney's and expert witness fees, to enforce provisions of the CWA, and regulations adopted pursuant to said act.

21. Lawrenceburg is in violation of sections 301 and 402 of the CWA (33 U.S.C. §§1311 and 1342) and sections 122.1, *et sec.,* of Title 40 of the Code of Federal Regulations. These laws require that no facility shall discharge pollutants to waters of the United States or waters of the state except as authorized by a permit issued pursuant to the National Pollutant Discharge Elimination System.

22. Lawrenceburg was issued NPDES permit number TN0022551 ("NPDES Permit") which authorizes the permit holder to discharge treated municipal wastewater from Outfall 001, into the Shoal Creek at mile 55.4, subject to stated discharge limitations and monitoring requirements.

23. All discharges must be in accordance with effluent limitations, monitoring requirements, and other conditions set forth in the NPDES Permit. Specifically, Section 2.3.3 of the NPDES Permit prohibits overflows and places a duty on the permit holder to avoid them. Any permit noncompliance constitutes a violation of applicable state and federal laws and is grounds for

6

enforcement action. *See,* Permit §2.3.1. Lawrenceburg is subject to strict liability for any violations of its NPDES Permit.

24. As set forth in Count One, below, and in the June Notice, Lawrenceburg has violated the CWA by operating its sewage treatment plant in a manner which discharges pollutants to the waters of the United States and waters of the state in violation of its NPSES Permit, and by failure to operate its collection system so as to avoid overflows.

25. As set forth in Count Two, below, and in the June Notice, Lawrenceburg has violated the CWA by failure to impose and enforce a moratorium on new sewer connections upstream of any location that has experienced chronic overflows, as required by its NPDES permit.

26. The violations set forth in the paragraphs above and in the June Notice are continuing and ongoing, or are likely to recur, as of the date this Complaint is being filed.

## COUNT ONE
## FAILURE TO AVOID OVERFLOWS IN VIOLATION OF AN NPDES PERMIT AND THE CLEAN WATER ACT

27. Riverkeeper hereby repeats, re-alleges, adopts, and incorporates by reference the paragraphs above as if fully set out in this count.

28. Lawrenceburg is in violation of provisions of its NPDES Permit by failing to operate its collection system so as to avoid overflows. The permit specifically prohibits overflows and places a duty upon Lawrenceburg to avoid overflows. *See,* Permit §2.3.3. Overflows in violation of the Permit have been reported to the TDEC on at least the occasions shown in **Appendix A**. This list shows one hundred twenty-eight (128) violations within the past five years and over eighty-two million five hundred thirty-three thousand sixty-one (82,533,061) gallons of untreated sewage released into the environment.

7

Case 1:20-cv-00052   Document 1   Filed 09/09/20   Page 7 of 19 PageID #: 7

29. The violations set out in this count are continuing and ongoing and there is a reasonable likelihood that Defendant will continue these or similar violations in the future.

30. These violations have an adverse impact on waters of the United States and waters of the state, specifically of Shoal Creek, a tributary of the Tennessee River, and on the recreational, aesthetic, and environmental interests of Riverkeeper's members in those waterways as set out in paragraphs 11 thru 13 herein above.

31. Defendant Lawrenceburg should be subject to an enforcement order or injunction ordering it to fully comply with all requirements of its NPDES Permit and the CWA.

32. Defendant Lawrenceburg should be subject to the assessment of civil penalties for these violations of the CWA pursuant to Section 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365. For the purpose of assessing the maximum penalty which Defendant Lawrenceburg is liable, each day that the Lawrenceburg sewage treatment plant has discharged pollutants in violation of its NPDES Permit and/or without a permit authorizing such discharges constitutes a separate violation of Section 301(a) of the CWA, pursuant to Section 309(d), 33 U.S.C. § 1319(d).

**COUNT TWO**
**FAILURE TO IMPOSE A MORATORIUM FOR CHRONIC OVERFLOW POINTS IN VIOLATION OF AN NPDES PERMIT**

33. Riverkeeper hereby repeats, re-alleges, adopts, and incorporates by reference the paragraphs above as if fully set out in this count.

34. Lawrenceburg is in violation of Section 2.3.3.d. of the Permit for failure to impose and enforce a moratorium on new sewer connections upstream of any location that has experienced chronic overflows.

8

35. The permit states, in part: "No new or additional flows shall be added upstream of any point in the collection or transmission system that experiences greater than 5 sanitary sewer overflows and/or releases per year (greater than 5 events per year) or would otherwise overload any portion of the system." *Permit §2.3.3.d.*

36. Chronic overflows are defined as greater than five overflow events in a year. Lawrenceburg has violated its Permit and the CWA by experiencing chronic overflows without imposing a moratorium on new connections on at least the points or locations set out in **Appendix B**, as more fully explained in the following paragraphs.

37. West Point Rd Pump Station, has incurred Twenty-eight (28) overflow violations between March 7, 2017 and April 12, 2020. Chronic overflows have occurred at numerous times during this period and the public record shows no instance of any moratorium being observed or of the requirement being lifted by TDEC. In the twelve months prior to April 12, 2020, there were sixteen (16) overflows at this lift station, more than enough to require the issuance of a moratorium. Additionally, five overflows occurred from March 7, 2017 to January 24, 2018 and a moratorium should have been issued at that earlier time.

38. Veterans Park Manhole has incurred Sixteen (16) overflow violations between February 28, 2018 and April 12, 2020. Chronic overflows have occurred at numerous times during this period and the public record shows no instance of any moratorium being observed or of the requirement being lifted by TDEC. In the twelve months prior to April 12, 2020, there were nine (9) overflows at this lift station, more than enough to require the issuance of a moratorium. Additionally, five overflows occurred from February 28, 2018 to February 20, 2019 and a moratorium should have been imposed at that earlier time.

39. Simms Park Manhole has incurred Ten (10) overflow violations between February 20, 2019 and April 12, 2020. Chronic overflows have occurred at numerous times during this period and the public record shows no instance of any moratorium being observed or of the requirement being lifted by TDEC. In the twelve months prior to April 12, 2020, there were nine (9) overflows at this lift station, more than enough to require the issuance of a moratorium. Additionally, five overflows occurred from February 20, 2019 to February 6, 2020 and a moratorium should have been imposed at that earlier time.

40. Garner Lane Manhole has incurred Nineteen (19) overflow violations between July 28, 2017 and April 12, 2020. Chronic overflows have occurred at numerous times during this period and the public record shows no instance of any moratorium being observed or of the requirement being lifted by TDEC. Additionally, five overflows occurred from July 28, 2017 and February 22, 2018 and a moratorium should have been imposed at that earlier.

41. The above demonstrates four (4) points and/or locations where a moratorium was triggered but no moratorium was imposed.

42. The permit requires the moratorium to remain in place until specific actions have been taken. The permit states as follows:

> "Unless there is specific enforcement action to the contrary, the permittee is relieved of this requirement after: 1) an authorized representative of the Commissioner of the Department of Environment and Conservation has approved an engineering report and construction plans and specifications prepared in accordance with accepted engineering practices for correction of the problem; 2) the correction work is underway; and 3) the cumulative, peak-design, flows potentially added from new connections and line extensions upstream of any chronic overflow or release point are less than or proportional to the amount of inflow and infiltration removal documented upstream of that point. The inflow and infiltration reduction must be measured by the permittee using practices that are customary in the environmental engineering field and reported in an attachment to a Monthly Operating Report submitted to the local TDEC Environmental Field Office. The data measurement period shall be sufficient to account for seasonal rainfall patterns and

10

Case 1:20-cv-00052   Document 1   Filed 09/09/20   Page 10 of 19 PageID #: 10

seasonal groundwater table elevations." *Permit §2.3.3.d.*

43. The above requirements for relief from the required moratoriums have not been satisfied.

44. A search of the Monthly Operating Reports submitted to TDEC by Lawrenceburg during the years 2017 through 2020 to date found no inflow and infiltration reduction measurements.

45. Lawrenceburg has added new or additional flows upstream of a point or points in the collection or transmission system that have experienced greater than five sanitary sewer overflows and/or releases per year or would otherwise overload any portion of the system in violation of its permit requirements. (This factual contention will likely have evidentiary support after a reasonable opportunity for further investigation or discovery).

46. These violations have an adverse impact on waters of the United States and waters of the state, specifically Shoal Creek and Tennessee River, and on the recreational, aesthetic, and environmental interests of Riverkeeper's members in those waterways as set out in paragraphs 11 thru 13 herein above.

47. Defendant Lawrenceburg should be subject to an enforcement order or injunction ordering it to fully comply with all requirements of its NPDES Permit and the CWA.

48. Defendant Lawrenceburg should be subject to the assessment of civil penalties for these violations of the CWA pursuant to Section 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365. For the purpose of assessing the maximum penalty which Defendant Lawrenceburg is liable, each day that the Lawrenceburg sewage treatment plant has discharged pollutants in violation of its NPDES Permit and/or without a permit authorizing such discharges constitutes a separate violation of Section 301(a) of the CWA, pursuant to Section 309(d), 33 U.S.C. § 1319(d).

## COUNT THREE
## INJUNCTIVE RELIEF

49. Riverkeeper hereby repeats, re-alleges, adopts, and incorporates by reference the paragraphs above as if fully set out in this count.

50. The violations set out herein will continue unless this Court enjoins Defendant from continuing to violate its permit.

51. These violations have caused irreparable injury to some of Riverkeeper's members. Riverkeeper has no adequate remedy at law for the injuries caused to its members by Defendant's ongoing violations in that Riverkeeper would be forced to bring repeated and burdensome actions for each new injury to its interests if Defendant's ongoing violations are not enjoined.

52. An injunction will be in the public's interest in this case. Because Defendant is in continuing violation of the law, the equities for an injunction weigh in Riverkeeper's favor.

53. Therefore, Riverkeeper brings this cause of action to enjoin Defendant from engaging in any other affirmative act or conduct which would contribute to further permit violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Riverkeeper respectfully requests that the Court grant the following relief:

    a. Plaintiff Riverkeeper requests the Court render a judgment finding and declaring that Defendant Lawrenceburg has violated and is in violation of the CWA, 33 U.S.C. §1311(a), and Tennessee NPDES rules;

    b. Plaintiff Riverkeeper requests and petitions this Court to enjoin the violations and any and all illegal conduct by Defendant set out and alleged in Counts One and

Two above and issue an injunction compelling Defendant to remedy the illegal discharges of pollutants into waters of the United States;

c. Plaintiff Riverkeeper requests and petitions this Court to assess a $37,500.00 (thirty-seven thousand, five hundred dollars) civil penalty (*see* 40 CFR § 19) against Defendant Lawrenceburg for each violation and each day of continuing violation of the CWA for which Defendant is found liable pursuant to Sections 309(d) and 505(a) of the CWA, 33 U.S.C. §§ 1319(d) and 1365(a);

d. Plaintiff Riverkeeper requests and petitions this Court for an award of litigation costs, including reasonable attorney's fees and expert fees, as authorized by 33 U.S.C. § 1365(d); and

e. For such other, further or more general relief as this Court may deem appropriate.

Respectfully submitted this the 9th day of September, 2020.

s/ Elizabeth A. Alexander
Elizabeth A. Alexander, BPR No. 19273
Alexander Law
4235 Hillsboro Pike, Suite 300
Nashville, TN 37215
Telephone: 415-860-4020
alexanderlawnashville@gmail.com

s/ Jason Holleman
Jason Holleman, BPR No. 19806
4210 Park Avenue
Nashville, Tennessee 37209
(615) 579-8929
jason@hollemanlaw.com

s/ Mark E. Martin
Mark E. Martin
Alabama Bar No: ASB-9361-A41M
*Admission Requested Pro Hac Vice*
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

***Attorneys for Plaintiff Tennessee Riverkeeper, Inc.***

# Appendix A

**Lawrenceburg Utility Systems, NPDES Permit # TN0022551, Overflows**

| Start Date | Est. Quantity in gallons | Location of Discharge | Nearest Stream |
|---|---:|---|---|
| 4/12/2020 | 118,125 | Garner Lane MH` | Shoal Creek |
| 4/12/2020 | 101,250 | Simms Park MH | Shoal Creek |
| 4/12/2020 | 3,375 | Veterans Park MH | Shoal Creek |
| 4/12/2020 | 168,750 | West Point Rd PS | Hardy Branch |
| 3/23/2020 | 40,000 | Garner Lane MH` | Shoal Creek |
| 3/23/2020 | 60,750 | Simms Park MH | Shoal Creek |
| 3/23/2020 | 60,750 | Veterans Park MH | Shoal Creek |
| 3/23/2020 | 40,000 | West Point Rd PS | Hardy Branch |
| 3/20/2020 | 99,000 | Garner Lane MH` | Shoal Creek |
| 3/15/2020 | 173,250 | Garner Lane MH` | Shoal Creek |
| 3/15/2020 | 173,250 | Simms Park MH | Shoal Creek |
| 3/15/2020 | 31,500 | Veterans Park MH | Shoal Creek |
| 2/23/2020 | 15,750 | West Point Rd PS | Hardy Branch |
| 2/12/2020 | 234,000 | Brock Street MH | Shoal Creek |
| 2/12/2020 | 270,000 | Garner Lane MH` | Shoal Creek |
| 2/12/2020 | 270,000 | Simms Park MH | Shoal Creek |
| 2/12/2020 | 495,000 | Veterans Park MH | Shoal Creek |
| 2/12/2020 | 360,000 | West Point Rd PS | Hardy Branch |
| 2/11/2020 | 264,000 | Garner Lane MH` | Shoal Creek |
| 2/11/2020 | 264,000 | Simms Park MH | Shoal Creek |
| 2/11/2020 | 264,000 | Veterans Park MH | Shoal Creek |
| 2/11/2020 | 216,000 | West Point Rd PS | Hardy Branch |
| 2/6/2020 | 145,500 | Garner Lane MH` | Shoal Creek |
| 2/6/2020 | 194,600 | Simms Park MH | Shoal Creek |
| 2/6/2020 | 262,625 | Veterans Park MH | Shoal Creek |
| 2/6/2020 | 151,500 | West Point Rd PS | Hardy Branch |
| 1/25/2020 | 3,375 | 375 Tripp Rd MH | No Shoal Creek |
| 1/16/2020 | 9,375 | West Point Rd PS | Hardy Branch |
| 1/14/2020 | 111,000 | Garner Lane MH` | Shoal Creek |
| 1/14/2020 | 84,000 | Simms Park MH | Shoal Creek |
| 1/14/2020 | 110,000 | Veterans Park MH | Shoal Creek |
| 1/14/2020 | 90,000 | West Point Rd PS | Hardy Branch |
| 1/11/2020 | 748,000 | Fall River Rd & Brock St MH | Shoal Creek |
| 1/11/2020 | 796,000 | Garner Lane MH` | Shoal Creek |
| 1/11/2020 | 132,000 | Veterans Park MH | Shoal Creek |
| 1/3/2020 | 141,000 | Garner Lane MH` | Shoal Creek |
| 1/3/2020 | 43,250 | Simms Park MH | Shoal Creek |
| 1/3/2020 | 141,000 | Veterans Park MH | Shoal Creek |
| 1/3/2020 | 128,150 | West Point Rd PS | Hardy Branch |
| 12/30/2019 | 14,700 | West Point Rd PS | Hardy Branch |

| Date | Amount | Location | Receiving Water |
|---|---|---|---|
| 12/18/2019 | 1,250 | Etheridge City Park PS | Shoal Creek |
| 10/5/2019 | 750 | West Point Rd PS | Hardy Branch |
| 9/23/2019 | 250 | West Point Rd PS | Hardy Branch |
| 9/22/2019 | 1,950 | West Point Rd PS | Hardy Branch |
| 9/21/2019 | 2,250 | West Point Rd PS | Hardy Branch |
| 7/17/2019 | 78,000 | Garner Lane MH` | Shoal Creek |
| 7/17/2019 | 36,000 | Old Iron Bridge MH | Shoal Creek |
| 7/17/2019 | 38,000 | Simms Park MH | Shoal Creek |
| 7/17/2019 | 86,625 | Veterans Park MH | Shoal Creek |
| 7/17/2019 | 20,000 | West Point Rd PS | Hardy Branch |
| 6/21/2019 | 9,000 | 610 Spring Ave | Shoal Creek |
| 4/16/2019 | 300 | West Point Rd PS | Hardy Branch |
| 2/22/2019 | 750,000 | Garner Lane MH` | Shoal Creek |
| 2/22/2019 | 397,500 | Old Iron Bridge @ Shoal Cr | Shoal Creek |
| 2/22/2019 | 1,031,250 | Veterans Park MH | Shoal Creek |
| 2/22/2019 | 907,500 | West Point Rd PS | Shoal Creek |
| 2/22/2019 | 952,500 | West Point Rd PS | Hardy Branch |
| 2/20/2019 | 148,500 | Garner Lane MH` | Shoal Creek |
| 2/20/2019 | 181,500 | Simms Park MH | Shoal Creek |
| 2/20/2019 | 181,500 | Veterans Park on Shoal cr | Shoal Creek |
| 2/20/2019 | 522,000 | West Point Rd PS | Shoal Creek |
| 2/19/2019 | 43,875 | Buffalo Rd @ st probation off MH | none reported |
| 2/7/2019 | 4,000 | Etheridge City Park PS | Little Shoal Creek |
| 2/2/2019 | 50,875 | Spring Ave @ Mr Whittleys MH | Shoal Creek |
| 12/23/2018 | 13,500 | West Scott St MH | Shoal Creek |
| 12/22/2018 | 81,000 | West Scott St MH | Shoal Creek |
| 12/3/2018 | 65,250 | Spring Street MH | Shoal Creek |
| 11/12/2018 | 22,500 | West Scott St MH | Shoal Creek |
| 10/18/2018 | 1,625 | Bumpass Rd | none reported |
| 9/7/2018 | 2,250 | Coon Creek PS | Coon Creek |
| 5/3/2018 | 4,500 | Pressnell Dr MH | Hardy Branch |
| 5/3/2018 | 3,000 | Tripp Rd MH | Branch of Shoal Creek |
| 4/25/2018 | 9,000 | Coon Creek PS | Coon Creek |
| 4/23/2018 | 21,000 | Garner Lane MH` | Shoal Creek |
| 4/23/2018 | 21,000 | Veterans Park MH | Shoal Creek |
| 4/2/2018 | 750 | Coon Creek PS | Coon Creek |
| 3/31/2018 | 2,000 | Coon Creek PS | Coon Creek |
| 3/29/2018 | 22,500 | West Point Rd PS | Hardy Branch |
| 3/24/2018 | 1,500 | Etheridge City Park MH | none reported |
| 2/28/2018 | 852,000 | College Ae MH | Shoal Creek |
| 2/28/2018 | 423,000 | Coon Creek PS | Coon Creek |
| 2/28/2018 | 468,000 | Garner Lane MH` | Shoal Creek |
| 2/28/2018 | 282,000 | Old Iron Bridge | Shoal Creek |
| 2/28/2018 | 654,000 | Veterans Park MH | Shoal Creek |
| 2/28/2018 | 564,000 | West Point Rd PS | Hardy Branch |
| 2/22/2018 | 63,000 | Garner Lane MH` | Shoal Creek |
| 2/22/2018 | 8,000 | Veterans Park MH | Shoal Creek |

| Date | Amount | Location | Receiving Water |
|---|---:|---|---|
| 2/22/2018 | 13,000 | West Point Rd PS | Hardy Branch |
| 2/10/2018 | not reported | College Ae MH | Shoal Creek |
| 2/10/2018 | not reported | Garner Lane MH` | Shoal Creek |
| 2/10/2018 | not reported | Old Iron Bridge MH | Shoal Creek |
| 2/10/2018 | not reported | Veterans Park MH | Shoal Creek |
| 2/10/2018 | not reported | West Point Rd PS | Hardy Branch |
| 1/25/2018 | 500 | Hope Spring @ Old Hwy 64 | Shoal Creek |
| 1/24/2018 | unknown | West Point Rd PS | Hardy Branch |
| 12/23/2017 | 13,584 | College Ae MH | Shoal Creek |
| 12/23/2017 | 24,000 | Coon Creek PS | Coon Creek |
| 12/23/2017 | 6,000 | Garner Lane MH` | Shoal Creek |
| 12/23/2017 | 99,000 | West Point Rd PS | Hardy Branch |
| 11/14/2017 | 18,000 | Intersection Crescent Factory Rd | none reported |
| 8/14/2017 | 750 | Manhole @ Spring House | Shoal Creek |
| 8/14/2017 | 950 | New Prospect PS | Shoal Creek |
| 8/6/2017 | 1,500 | Etheridge School PS | North Shoal Cr |
| 7/30/2017 | 19,500 | West Point Rd PS | Hardy Branch |
| 7/28/2017 | 172,500 | College Ae MH | Shoal Creek |
| 7/28/2017 | 172,500 | Coon Creek PS | Coon Creek |
| 7/28/2017 | 172,500 | Garner Lane MH` | Shoal Creek |
| 7/28/2017 | 172,500 | Old Iron Bridge MH | Shoal Creek |
| 7/28/2017 | 172,500 | Shoal Circle MH | Shoal Creek |
| 7/28/2017 | 172,500 | Taylor St MH | Shoal Creek |
| 7/28/2017 | 172,500 | Weakly Cr Rd MH | Shoal Creek |
| 7/28/2017 | 172,500 | West Point Rd PS | Hardy Branch |
| 7/4/2017 | 2,250 | 182 Sundance Dr | Shoal Creek |
| 5/31/2017 | 5,250 | Richardson Acrea MH | Shoal Creek |
| 3/21/2017 | 450 | Dunn PS | not reported |
| 3/7/2017 | 6,000 | West Point Rd PS | Hardy Branch |
| 2/7/2017 | 3,000 | Holtsford St MH | none reported |
| 2/7/2017 | 6,000 | Leoma School PS | none reported |
| 1/5/2017 | 8,700 | West Scott St MH | Shoal Creek |
| 12/27/2016 | 300 | Coon Creek PS | Coon Creek |
| 12/16/2016 | 30 | Coon Creek PS | Coon Creek |
| 12/14/2016 | 6,000 | Coon Creek PS | Coon Creek |
| 11/16/2016 | 1,500 | 1604 Mahr Ave MH | none reported |
| 11/14/2016 | 2,250 | Leoma School PS | none reported |
| 11/13/2016 | 9,000 | 410 Manor St | none reported |
| 10/23/2016 | 1,500 | WWTP MH | none reported |
| 10/4/2016 | 1,000 | WWTP MH | none reported |
| 9/6/2016 | 1,000 | Hwy 64 @ NPBC | none reported |
| **TOTAL:** | **17,690,589** | | |

# Appendix B

**Lawrenceburg Utility Systems, NPDES Permit # TN0022551, Chronic Overflows**

| Start Date | Est. Quantity in gallons | Location of Discharge |
|---|---:|---|
| 4/12/2020 | 168,750 | West Point Rd PS |
| 3/23/2020 | 40,000 | West Point Rd PS |
| 2/23/2020 | 15,750 | West Point Rd PS |
| 2/12/2020 | 360,000 | West Point Rd PS |
| 2/11/2020 | 216,000 | West Point Rd PS |
| 2/6/2020 | 151,500 | West Point Rd PS |
| 1/16/2020 | 9,375 | West Point Rd PS |
| 1/14/2020 | 90,000 | West Point Rd PS |
| 1/3/2020 | 128,150 | West Point Rd PS |
| 12/30/2019 | 14,700 | West Point Rd PS |
| 10/5/2019 | 750 | West Point Rd PS |
| 9/23/2019 | 250 | West Point Rd PS |
| 9/22/2019 | 1,950 | West Point Rd PS |
| 9/21/2019 | 2,250 | West Point Rd PS |
| 7/17/2019 | 20,000 | West Point Rd PS |
| 4/16/2019 | 300 | West Point Rd PS |
| 2/22/2019 | 952,500 | West Point Rd PS |
| 2/22/2019 | 907,500 | West Point Rd PS |
| 2/20/2019 | 522,000 | West Point Rd PS |
| 3/29/2018 | 22,500 | West Point Rd PS |
| 2/22/2018 | 13,000 | West Point Rd PS |
| 2/10/2018 | not reported | West Point Rd PS |
| 2/28/2018 | 564,000 | West Point Rd PS |
| 1/24/2018 | unknown | West Point Rd PS |
| 12/23/2017 | 99,000 | West Point Rd PS |
| 7/28/2017 | 172,500 | West Point Rd PS |
| 7/30/2017 | 19,500 | West Point Rd PS |
| 3/7/2017 | 6,000 | West Point Rd PS |
| 4/12/2020 | 3,375 | Veterans Park MH |
| 3/23/2020 | 60,750 | Veterans Park MH |
| 3/15/2020 | 31,500 | Veterans Park MH |
| 2/12/2020 | 495,000 | Veterans Park MH |
| 2/11/2020 | 264,000 | Veterans Park MH |
| 2/6/2020 | 262,625 | Veterans Park MH |
| 1/14/2020 | 110,000 | Veterans Park MH |
| 1/11/2020 | 132,000 | Veterans Park MH |
| 1/3/2020 | 141,000 | Veterans Park MH |
| 7/17/2019 | 86,625 | Veterans Park MH |
| 2/22/2019 | 1,031,250 | Veterans Park MH |

| Date | Amount | Location |
|---|---:|---|
| 2/20/2019 | 181,500 | Veterans Park on Shoal cr |
| 4/23/2018 | 21,000 | Veterans Park MH |
| 2/22/2018 | 8,000 | Veterans Park MH |
| 2/10/2018 | not reported | Veterans Park MH |
| 2/28/2018 | 654,000 | Veterans Park MH |
| | | |
| 4/12/2020 | 101,250 | Simms Park MH |
| 3/23/2020 | 60,750 | Simms Park MH |
| 3/15/2020 | 173,250 | Simms Park MH |
| 2/12/2020 | 270,000 | Simms Park MH |
| 2/11/2020 | 264,000 | Simms Park MH |
| 2/6/2020 | 194,600 | Simms Park MH |
| 1/14/2020 | 84,000 | Simms Park MH |
| 1/3/2020 | 43,250 | Simms Park MH |
| 7/17/2019 | 38,000 | Simms Park MH |
| 2/20/2019 | 181,500 | Simms Park MH |
| | | |
| 4/12/2020 | 118,125 | Garner Lane MH |
| 3/23/2020 | 40,000 | Garner Lane MH |
| 3/20/2020 | 99,000 | Garner Lane MH |
| 3/15/2020 | 173,250 | Garner Lane MH |
| 2/12/2020 | 270,000 | Garner Lane MH |
| 2/11/2020 | 264,000 | Garner Lane MH |
| 2/6/2020 | 145,500 | Garner Lane MH |
| 1/14/2020 | 111,000 | Garner Lane MH |
| 1/11/2020 | 796,000 | Garner Lane MH |
| 1/3/2020 | 141,000 | Garner Lane MH |
| 7/17/2019 | 78,000 | Garner Lane MH |
| 2/22/2019 | 750,000 | Garner Lane MH |
| 2/20/2019 | 148,500 | Garner Lane MH |
| 4/23/2018 | 21,000 | Garner Lane MH |
| 2/22/2018 | 63,000 | Garner Lane MH |
| 2/10/2018 | not reported | Garner Lane MH |
| 2/28/2018 | 468,000 | Garner Lane MH |
| 12/23/2017 | 6,000 | Garner Lane MH |
| 7/28/2017 | 172,500 | Garner Lane MH |