**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-0052 |
| v. | ) | |
| | ) | Judge William L. Campbell, Jr. |
| THE CITY OF LAWRENCEBURG, | ) | |
| TENNESSEE, ACTING BY AND THROUGH | ) | Magistrate Judge Barbara D. Holmes |
| THE LAWRENCEBURG BOARD OF | ) | |
| UTILITIES COMMISSION d/b/a | ) | JURY TRIAL DEMANDED |
| LAWRENCEBURG UTILITY SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND JOINT CASE RESOLUTION STATUS REPORT

Plaintiff Tennessee Riverkeeper, Inc. and Defendant The City of Lawrenceburg, Tennessee Acting by and through the Lawrenceburg Board of Utilities Commission d/b/a Lawrenceburg Utility Systems ("LUS") (collectively, the "Parties") provide this Report as the Second Joint Case Resolution Status Report. It confirms the progress on the Parties' continuing substantive attempts toward reaching a complete resolution of issues between them, pursuant to the Court's Initial Case Management Order entered on April 28, 2021. The Parties confirm as follows:

1. The Parties are continuing with the discovery process. Information continues to be exchanged that allows each party to substantively evaluate their respective positions and engage in good faith settlement negotiations.

2. Counsel for the respective Parties have engaged in periodic settlement discussions, including recently, both by telephone as well as in person contemporaneously with the deposition process. Counsel have reviewed and discussed such information with each other and with their respective clients. In addition, counsel for the respective parties have engaged in dialogue over the

20836928v1

law applicable to the issues before the Court in light of relevant facts anticipated to be presented at trial.

3. The Parties believe that the settlement discussions and negotiations thus far have been reasonably productive though certain issues remain on which the parties plan to continue discussions in an effort to reach resolution of matters before the Court.

Respectfully submitted.

**/s/Mark E. Martin**
Mark E. Martin,
Alabama Bar No: ASB-9361-A41M
mmartin@markemartin.com
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350

**/s/ Elizabeth A. Alexander**
Elizabeth A. Alexander, BPR # 19273
balexander@pepperlawplc.com
Pepper Law, PLC
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: (615) 256-4838

**/s/ Jason D. Holleman**
Jason D. Holleman, BPR # 019806
jason@jasonholleman.com
Law Office of Jason Holleman
4210 Park Avenue
Nashville, TN 37209
Telephone: (615) 579-8929
***Counsel for Plaintiff***

2

**MILLER & MARTIN PLLC**

**/s/ Larry L. Cash**
Carlos C. Smith, TN BPR # 1710
carlos.smith@millermartin.com
Larry L. Cash, TN BPR # 9386
larry.cash@millermartin.com
Jenna W. Fullerton, TN BPR # 036522
jenna.fullerton@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

And

**BOSTON, HOLT & DURHAM, PLLC**

Ryan P. Durham, TN BPR # 22073
rdurham@bhsdlaw.com
Cameron Hoffmeyer, TN BPR # 32173
choffmeyer@bhsdlaw.com
235 Waterloo Street
Post Office Box 357
Lawrenceburg, TN 38464
Telephone: (931) 762-7167
***Counsel for Defendant***

3