**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA**

| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 1:20-0052** |
| **LAWRENCEBURG UTILITY SYSTEMS,** ) | **Campbell/Holmes** |
| ) | |
| **Defendant.** ) | |

### NOTICE OF LODGING OF SETTLEMENT AGREEMENT AND
### REQUEST FOR ENTRY OF CONSENT DECREE

The Parties hereby notify the Court that they are lodging the attached proposed Consent Decree filed herewith for the purpose of providing notice of the proposed settlement of this matter to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency as required by Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3). A copy of the proposed Consent Decree is being sent to the Department of Justice, Citizen Suit Coordinator ("DOJ"), via certified mail, return receipt requested, as required by 40 C.F.R. § 135.5. A copy is also being sent to the Administrator of the U.S. E.P.A. via certified mail, return receipt requested. The attached proposed Consent Decree has been signed by counsel for both parties and will, pursuant to its terms, fully resolve this litigation.

The Parties respectfully request that the Court not sign the proposed Consent Decree at this time. Instead, the Consent Decree should remain lodged until 45 days following receipt by both the Administrator and the Attorney General. The Plaintiff's undersigned attorney will notify the Court of the dates the Administrator and the Attorney General have received notice. At such time, if the Court finds the Consent Decree to be fair, reasonable, and in the public interest, the Parties respectfully request that the Court enter it as expeditiously as possible.

Respectfully submitted,

*/s/ Mark E. Martin*
Mark E. Martin (Alabama Bar No. ASB-9361-A41M)
P. O. Box 1486
Oneonta, AL 35121
(205) 516-9350
mmartin@markemartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and all exhibits thereto, if any, have been served on the below-listed person(s), via the Court's CM/ECF electronic filing system, this the 24th day of October, 2023.

Mark E. Martin
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

Elizabeth A. Alexander
Pepper Law, PLC
3200 West End Avenue
Suite 500
Nashville, TN 37203
(615) 256-4838
Fax: (615) 468-0384
Email: balexander@pepperlawplc.com

Jason D. Holleman
4210 Park Avenue
Nashville, TN 37209
615-579-8929
Email: jason@jasonholleman.com

Larry L. Cash
Carlos C. Smith
Russ Swafford
Jenna W. Fullerton
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
*Larry.cash@millermartin.com*
*Carlos.smith@millermartin.com*

*Jenna.fullerton@millermartin.com*
*Russ.swafford@millermartin.com*

Cameron Hoffmeyer
BOSTON, HOLT & DURHAM
P.O. Box 357
Lawrenceburg, TN 38464
Phone: (931) 762-7067
*rdurham@bhsdlaw.com*
*choffmeyer@bhsdlaw.com*

**William J. Eledge**
P O Box 692
30 Public Square
Lawrenceburg, TN 38464
(931) 762-6620
Email: beledge@tnlaw.attorney