IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00052 |
| | ) | |
| THE CITY OF LAWRENCEBURG, | ) | JUDGE CAMPBELL |
| TENNESSEE, ACTING BY AND | ) | MAGISTRATE JUDGE HOLMES |
| THROUGH THE LAWRENCEBURG | ) | |
| BOARD OF UTILITIES | ) | |
| COMMISSION d/b/a | ) | |
| LAWRENCEBURG UTILITY | ) | |
| SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Entry of Consent Decree seeking entry of the proposed Consent Degree filed on October 24, 2023 (Doc. No. 75-1). (Doc. No. 78). In support of the motion, Plaintiff filed a copy of a letter from the United States Department of Justice indicating that the United States does not object to the proposed Consent Decree. (*See* Doc. No. 78-1).

The Court has reviewed the proposed Consent Decree and finds that it is fair, adequate, and reasonable, and consistent with the public interest. Accordingly, the Motion for Entry of Consent Decree (Doc. No. 78) is **GRANTED**. The Consent Decree will enter by separate order. The Clerk is directed to close the file following entry of the Consent Decree.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE